In the United States District Court
For the Eastern District of Pennsylvania

02/10/26

Vincent J. Sanchez
_____
Plantiff

v.

Operator Butterworth and
Operator Rushin
_____
Defendants

No. 24-06884 WB

### Summary Judgement

Plantiff Request that Defendants summary of Judgment be Denied, and that Plantiffs, Vincent Sanchez, be granted on the Following Facts.

• Video Row A Cam 65: shows that inmate, vincent Sanchez, was cuffed First then placed againts the wall then thrown to the ground. This shows there reaction after inmate was talking Not refusing.

• Butterworth BWC-Body Cam: shows being Forced onto wall Did not show me kicking anyone. shows Butterworth Forcing Body onto Plantiffs ankle. This is 2min. and 18 sec. in. As he Bent Plantiffs ankle, Plantiff Began to scream. This is the time of the injury occurs.

• Custody Row B Cam 66: 5Min 50 sec. shows the operator Forcing his weight on Plantiffs ankle.

• Rushin BWC: shows that I did not try to kick operator while put in restraint chair.

In Defendants attorneys claims. He claims thAT Plantiff tried to kick operator or operators while againts the wall. In the transcripts For questions and Answers it snows Attorney For Defendants did not question Plantiff as of when the assault was made. The assumption made by Defendants attorney was made when the operators were forcing the plantiff againts the wall. Document "BCJS0015" Exibit A shows the claim of when a supposed assault was made, Showing that the claims of an assault made By The defendants attorney are FAlse Facts.

• with that being said plantiff requests that defendants request For summary of Judgment be denied.

"Exibit A"

New Statement

Incident Number: 240717296
Author: Acker, Stacy
Sanction Statement
Date Recorded: 07/17/2024 09:33

Hearing Findings:

105 Assault: I am finding you guilty of this charge based on the Officers reports and video footage of the incident. Video footage shows you resisting staff and trying to kick an Officer while being placed in the restraint chair. Your actions served no purpose and put staff members safety at risk. Your behavior will no be tolerated at any time.

154 Refusal of Orders: I am finding you guilty of this charge based on the Officers reports and video footage of the incident. You were given orders to put your hands behind your back. You refused those orders and force had to be used. You are expected to comply with all orders given to you while in this Jail.

BCJS0015

Case 5:24-cv-06884-WB     Document 38     Filed 02/26/26     Page 4 of 4



NAME: Vincent Sanchez
BCP# / HOUSING UNIT 2012-2692
1287 COUNTY WELFARE RD
BERKS COUNTY JAIL SYSTEM
LEESPORT PA 19533-9397

HARRISBURG PA    171

13 FEB 2026   PM 4  L

"LegAL MAIL"

RECEIVED

FEB 18 2026

Office of the ClerK
United States District Court
Wendy Beetlestone, J.
Philadelphia, PA 19106-9865

1910682804