# Exhibit F

Video file "07.15.24, Sanchez UUOF – Butterworth DWC"

Produced in Native Format

# Exhibit G

Video file "07.15.24, Sanchez Custody Row A Cam 65"

Produced in Native Format

# Exhibit H

Video file "07.15.24 Sanchez Custody Row B Cam 66"

Produced in Native Format