**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Vincent J. Sanchez,<br>       **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **Operator Butterworth and Operator Rushin,**<br>       **Defendants.** | **NO.  24-6884** |

## ORDER

**AND NOW**, this 2nd day of June, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 36, 39), and Plaintiff's opposition thereto (ECF No. 38), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.  An order scheduling the above-captioned matter for trial will follow.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**